BECK v. BECK.

FISH, C. J. Upon the trial of a habeas-corpus proceeding, involving the right to the custody of a girl thirteen years of age, the court did not err in awarding such custody to the child's widowed mother, rather than to the child's brother, who was twenty-one years old and unmarried, it not appearing that the mother had released her right to the custody of her daughter, and it being shown that the mother was of good character and able to care for the daughter.

*Judgment affirmed. All the Justices concur.*

FEBRUARY 24, 1910.

Habeas corpus. Before Judge Wright. Floyd superior court. March 18, 1909.

*M. B. Eubanks* and *W. B. Mebane,* for plaintiff in error.

*Sharp & Sharp,* contra.